IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES JONES,**                                                                       **PLAINTIFF**
**#114893**

CASE NO. 4:20-CV-1454-LPR-BD

**GANN,** *et al.*                                                                      **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere. The parties have not filed objections. After a careful and de novo review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

This lawsuit is dismissed, without prejudice, for failure to state a federal claim for relief. All pending motions are dismissed as moot. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 3rd day of February, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE