# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES JONES**                                                                                                **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-1454-LPR**

**GANN,** *et al***.**                                                                               **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of February, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE